UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
MISC. NO. 3:10MJ15-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | <u>ORDER DISMISSING CRIMINAL</u> |
| | ) | <u>COMPLAINT WITHOUT PREJUDICE</u> |
| SAUL GONZALES-ANDRADE | ) | |

THIS MATTER is before the Court on the Government's "Motion to Dismiss" (document#22). Based upon the Government's Motion and for good cause shown,

IT IS HEREBY ORDERED that the Criminal Complaint is DISMISSED without prejudice.

The Clerk is directed to certify a copy of this Order to the United States Attorney's Office.

SO ORDERED.

Signed: February 12, 2010

David S. Cayer
United States Magistrate Judge